# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA
# AT WHEELING

| | |
|---|---|
| **STACIE LYNN MARTINKA,** | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION NO. 5:23-CV-00001 |
| vs. | : |
| | : Judge Bailey |
| **SAFECO INSURANCE COMPANY OF AMERICA and LIBERTY MUTUAL GROUP, INC.** | : |
| | : |
| | : |
| | : |
| **Defendants.** | : |

## AMENDED NOTICE OF DEPOSITION

Pursuant to the Federal Rules of Civil Procedure, the undersigned will take the deposition of Plaintiff Stacie Lynn Martinka on December 7, 2023, beginning at 10:00 A.M., at the offices of Frankovitch, Anetakis, Simon, Decapio & Pearl, LLP, 337 Penco Road, Weirton, WV 26062. Said depositions will be taken before a notary public or other officer authorized by law to administer oaths and will continue from day-to-day until completed.

    Respectfully submitted,

    /s/*Elise N. McQuain*_____
    William M. Harter (WV Bar #7977)
    Elise N. McQuain (WV Bar #12253)
    Frost Brown Todd LLP
    10 West Broad Street, Suite 2300
    Columbus, OH 43215
    614-464-1211 (Phone)/ 614-464-1737 (fax)
    wharter@fbtlaw.com
    emcquain@fbtlaw.com
    *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA
# AT WHEELING

| | |
|---|---|
| **STACIE LYNN MARTINKA,** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION NO. 5:23-CV-00001 |
| vs. : | |
| : | Judge Bailey |
| **SAFECO INSURANCE COMPANY OF** : | |
| **AMERICA and LIBERTY MUTUAL** : | |
| **GROUP, INC.** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

On this 29th day of November 2023, a true and accurate copy of the foregoing was filed with the

Court and served via ECF on all counsel of record.

                                                         */s/ Elise N. McQuain*
                                                         Elise N. McQuain (WV Bar #12253)

0000T69.0764943   4891-0411-8398v3