IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**STACIE LYNN MARTINKA,**

        Plaintiff,

v.                                       **CIVIL ACTION NO. 5:23-CV-1**
                                              Judge Bailey

**SAFECO INSURANCE COMPANY
OF AMERICA** and **LIBERTY MUTUAL
GROUP, INC.,**

        Defendants.

## ORDER

On January 5, 2024, plaintiff filed a Notice of Voluntary Dismissal [Doc. 26]. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff gives notice that this action is voluntarily dismissed with prejudice as to all parties. Plaintiff states all disputes between the parties hereto having been amicably resolved and settled.

Upon consideration, this Court hereby **DISMISSES WITH PREJUDICE** the above-styled case. The Clerk is **DIRECTED** to **STRIKE** this action from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** January 5, 2024.

                                                                     JOHN PRESTON BAILEY
                                                                     UNITED STATES DISTRICT JUDGE